IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SIMS and SUDIE SIMS, | No. C 11-04768 SI |
| Plaintiffs, | **ORDER RE: ADR AND DEFENDANT'S MOTION TO DISMISS** |
| v. | |
| WELLS FARGO HOME MORTGAGE, and DOES 1-10, inclusive, | |
| Defendants. / | |

On November 16, 2011, the Court referred this foreclosure-related action to the Alternative Dispute Resolution (ADR) Unit for a telephone conference to assess this case's suitability for mediation or a settlement conference. The Court has been informed that this case is currently unsuitable for mediation or other alternative remedies. Therefore, the Court will resolve the motion to dismiss filed by defendants on October 3, 2011. The plaintiffs have already filed an opposition. The Court considers the matter SUBMITTED, and will decide the matter on the papers. *See* Civil Local Rule 7-1(b). The Court will set a Case Management Conference at a later date, if necessary.

**IT IS SO ORDERED.**

Dated: December 6, 2011

SUSAN ILLSTON
United States District Judge