UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SIMS and SUDIE SIMS,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>WELLS FARGO HOME MORTGAGE,<br><br>　　　　Defendant. | Case No.: C-11-CV-04768-YGR<br><br>**ORDER REGARDING PLAINTIFFS' FAILURE TO FILE AN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS** |

On April 11, 2012, Defendant filed a Motion to Dismiss Plaintiffs' Amended Complaint. (Dkt. No. 31.) The hearing on the motion is set for May 29, 2012. Plaintiffs' opposition was due on April 30, 2012. Civ. L.R. 7-3(a) & 5-5(a)(2).

To date, Plaintiffs have failed to oppose the Motion to Dismiss. <u>Plaintiffs shall file an opposition to the Motion to Dismiss *no later than May 16, 2012*. Failure to file an opposition by that date will result in dismissal of the action against Defendant for failure to prosecute.</u> If Plaintiffs file an opposition by May 16, 2012, Defendant shall file its reply by May 23, 2012. *See* Civ. L.R. 7-3(c).

The hearing date of May 29, 2012 is hereby **VACATED**. The Court re-sets the hearing for June 5, 2012 at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: May 2, 2012

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　**YVONNE GONZALEZ ROGERS**
　　　　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT JUDGE**