UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SIMS and SUDIE SIMS,<br><br>  Plaintiffs,<br><br>  v.<br><br>WELLS FARGO HOME MORTGAGE,<br><br>  Defendant. | Case No.: C-11-CV-04768-YGR<br><br>**ORDER DISMISSING PLAINTIFFS' AMENDED COMPLAINT FOR FAILURE TO PROSECUTE** |

On April 11, 2012, Defendant Wells Fargo Home Mortgage filed a Motion to Dismiss Plaintiffs' Amended Complaint. (Dkt. No. 31.) The hearing on the Motion to Dismiss, which had been re-set by the Court, is currently scheduled for June 5, 2012. (Dkt. No. 36.)

After failing to file any opposition, the Court, on May 2, 2012, ordered Plaintiffs to respond to the Motion to Dismiss no later than May 16, 2012, or face dismissal of the action for failure to prosecute. (Dkt. No. 36.) Plaintiffs again failed to respond. Because Plaintiffs have failed to prosecute this lawsuit, Plaintiffs' Amended Complaint against Defendant Wells Fargo Home Mortgage **DISMISSED** without prejudice. This Order terminates Docket Nos. 31 & 40 and **VACATES** the June 5, 2012 hearing date.

**IT IS SO ORDERED.**

Dated: May 21, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**