Michael Sims
6880 Eagle Ridge Drive
Gilroy, California 95020
Non domestic without the US

FILED

MAY 2 2 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SIMS AND SUDIE SIMS, *Plaintiff* <br><br> vs. <br><br> WELLS FARGO HOME MORTGAGE, *Defendant(s)*. | Case No. C 11-04768 YGR (DMR) <br><br> *Assigned to the Hon. Donna Ryu* <br><br> **PLAINTIFFS' SHOW CAUSE STATEMENT REGARDING CASE MANAGEMENT CONFERENCE STATEMENT** |

Plaintiffs state the following facts regarding the nature and the status of the dispute between the two parties:

1. Plaintiffs Michael and Sudie Sims are and at all times mentioned in this complaint were, residents of Santa Clara County, California, and area a traveling man and woman.

2. Defendant Wells Fargo Home Mortgage (hereinafter "Wells Fargo"), is an California company, organized and existed under the laws of the State of California, maintaining its principal place of business in the State of California.

3. On October 18, 2011, Defendant Wells Fargo Home Mortgage attempted to carry out foreclosure proceedings against the Plaintiffs' interest in real property located at 6880 Eagle Ridge Drive, Gilroy, California 95020. Plaintiffs sought federal bankruptcy protection as the Defendant was unwilling to work out any type of solution. The Plaintiffs are disputing the validity of this foreclosure action in this Court based on the fact that neither defendant can prove that they have standing to have brought this action, as the deed-of-trust was not

Page 1

properly recorded and they lack ownership of the underlying instrument allegedly secured by the real property.

4. Defendant Wells Fargo intends to move to foreclose on the Plaintiffs and conduct what the Plaintiffs believe to be an unlawful foreclosure against their property at 6880 Eagle Ridge Drive, Gilroy, California 95020, in violation of California Civil Code Section 2924(b).

5. Plaintiffs and Defendant's counsel conducted a phone conference on December 7, 2011 that was unable to reach any type of mediation as the Defendant's counsel did not want to speak to the Plaintiffs. Thus, the conversations were held with the administrative judge who spoke to both sides separately. There was no mediation or settlement reached at that time.

6. Plaintiffs were not able to attend the April 10, 2012 case management conference based on a physical injury that could not be

6. Plaintiffs are currently seeking a Temporary Restraining Order, a Preliminary Injunction, and a Permanent Injunction, all enjoining Defendant Wells Fargo, from foreclosing, attempting to foreclose, or causing to the Plaintiffs to be foreclosed on the property, either under the power of sale in the deed-of-trust or by foreclosure action in the Superior Court of Santa Clara County, which is scheduled for Thursday, January 19, 2012. Plaintiffs will be seeking discovery on any and all documents that prove that Wells Fargo has standing and rights to foreclosure on the Plaintiffs' property.

7. The Plaintiffs also stipulate to the Alternative Dispute Resolution process of Mediation within the 90 day period prescribed by the court. This case is suitable for binding arbitration.

Respectfully Submitted,

_Michael J._
_____

1  MICHAEL & SUDIE SIMS
   PLAINTIFFS

2

3

4

5
## CERTIFICATE OF SERVICE
6
I hereby certify that a copy of the above documents have been filed with the Clerk of the
7  Court, and sent via USPS 1st Class Mail postage prepaid and/or facsimile to:

8

9  WRIGHT, FINLAY & ZAK, LLP
   T. Robert Finlay, Esq.
10 Ronald M. Arlas, Esq.
   Nicole M. Hoffman, Esq.
11 4665 MacArthur Court
   Suite 280
12 Newport Beach, California 92660

13

14 By: _____
       MICHAEL AND SUDIE SIMS
15     PLAINTIFFS

16

17 Dated: _____, 2012

18

19

20

21

22

23

24

25

26

27

28